UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN NAPOLI, : | |
| Petitioner : | CIVIL ACTION NO. 3:20-0917 |
| v. : | (JUDGE MANNION) |
| SCOTT FINLEY, : | |
| Respondent : | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Napoli's petition for writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241, is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: July 8, 2022
20-0917-01-ORDER